October 27, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

S.L.A. STUDIO LAND, INC., Appellant

NO. 14-10-01129-CV                    V.

SRC CONSTRUCTION, INC. AND SALVATORE R. CARABETTA, Appellees

_____

This cause, an appeal from the orders on the special appearances in favor of appellees, SRC CONSTRUCTION, INC. AND SALVATORE R. CARABETTA, signed August 12, 2010, which was made final by the severance order signed February 21, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, S.L.A. STUDIO LAND, INC., to pay all costs incurred in this appeal. We further order this decision certified below for observance.